**Erasmo JACOB–MARTINEZ; Maria Del Carmen Ortiz–Lopez, Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–70184.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 12, 2008.

Luis Carlos Ayala, Esq., Law Offices of Luis Carlos Ayala, Los Angeles, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, Anthony W. Norwood, Esq., Nelda C. Ack-

erman, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, San Francisco, CA, for Respondent.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Erasmo Jacob–Martinez and Maria del Carmen Ortiz–Lopez, married natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") decision sustaining the Department of Homeland Security's appeal and denying Petitioners' applications for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary determination that Petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

Petitioners' contention that the BIA failed to consider their evidence of hardship is not supported by the record and does not amount to a colorable due process claim. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("[T]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.